IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ; and FLORO LORENZO CRUZ, JR.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, as successor in interest to WASHINGTON MUTUAL BANK F.A.; QUALITY LOAN SERVICE CORPORATION; CALIFORNIA RECONVEYANCE COMPANY; and DOES 1-100,<br><br>        Defendants.<br>                                    / | No. C 12-3219 CW<br><br>ORDER GRANTING EX PARTE MOTION TO EXTEND TIME TO FILE AN OPPOSITION (Docket No. 22) AND VACATING HEARING |

The Court, having considered Plaintiffs' Ex Parte Motion to Enlarge Time to File Response to Defendants' Motion to Dismiss and Plaintiffs' papers filed in support of said motion, hereby orders as follows:

Plaintiffs' Ex Parte Motion to Enlarge Time is GRANTED. Plaintiffs' Response to Defendants' Motion to Dismiss is due on or before August 13, 2012.  Defendants' Reply is due on or before August 20, 2012.  The Court will decide the motion on the papers. The hearing currently set for August 23, 2012 is VACATED.

    IT IS SO ORDERED.


Dated: 7/31/2012
                                CLAUDIA WILKEN
                                United States District Judge