1  Matthew D. Mellen (Bar No. 233350)
   THE MELLEN LAW FIRM
2  411 Borel Avenue, Suite 230
   San Mateo, California 94402
3  Telephone:   (650) 638-0120
   Facsimile:   (650) 638-0125
4
5  Attorneys for Plaintiffs,
   ARMIE CUA CRUZ
   FLORO LORENZO CRUZ, JR.
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  ARMIE CUA CRUZ, an individual; FLORO LORENZO CRUZ, JR., and individual, | Case No.: 4:12-CV-03219-CW |
| 11              Plaintiffs, | [PROPOSED] ORDER PERMITTING SUBSTITUTION OF ATTORNEY |
| 12       v. | |
| 13  JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, a business entity; and Does 1 through 100, inclusive, | |
| 14  | |
| 15              Defendants. | |

17  The Court, having received Plaintiffs' Motion for Substitution of Attorney, and for good

18  cause shown, hereby grants Plaintiffs' Motion for Substitution of Attorney pursuant to Civil L.R.

19  11-5. All communications to Plaintiffs in this case shall be directed to Plaintiffs' counsel at:

20
21  Matthew Mellen, Esq.
    THE MELLEN LAW FIRM
22  411 Borel Avenue, Suite 230
    San Mateo, California 94402
23  Telephone:   (650) 638-0120
    Facsimile:   (650) 638-0125
24
25  IT IS SO ORDERED

26  DATED: 8/6/2012

27                                              _____
                                                UNITED STATES DISTRICT COURT JUDGE
28

                                        1
                [PROPOSED] ORDER PERMITTING SUBSTITUTION OF ATTORNEY