Matthew D. Mellen (Bar No. 233350)
Sarah Adelaars (Bar No. 281748)
THE MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:  (650) 638-0120
Facsimile:   (650) 638-0125

Attorneys for Plaintiffs,
ARMIE CUA CRUZ and FLORO LORENZO CRUZ, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ARMIE CUA CRUZ, FLORO LORENZO CRUZ, JR.<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a business entity; and DOES 1-100, Inclusive<br><br>Defendants. | Case No.  CV 12-3219-CW<br>[Unlimited Jurisdiction]<br><br>**[PROPOSED] ORDER POSTPONING THE ALTERNATIVE DISPUTE RESOLUTION TELEPHONE CONFERENCE**<br><br>Hon. Claudia Wilken |
|---|---|

1  On October 18, 2012, Plaintiffs and Defendant submitted a joint stipulation requesting that the Court postpone the ADR Phone Conference currently scheduled for October 22, 2012.

**IT IS HEREBY ORDERED** that

1. The ADR Phone Conference will be postponed until on or around December 11, 2012.

**IT IS HEREBY SO ORDERED.**

DATED: 10/22/2012

Hon. Claudia Wilken
District Court Judge

[PROPOSED] ORDER