IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ; and FLORO LORENZO CRUZ, JR.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, as successor in interest to WASHINGTON MUTUAL BANK F.A.; QUALITY LOAN SERVICE CORPORATION; CALIFORNIA RECONVEYANCE COMPANY; and DOES 1-100,<br><br>    Defendants.<br>_____/ | No. C 12-3219 CW<br><br>ORDER DENYING WITHOUT PREJUDICE MOTION TO WITHDRAW (Docket No. 44) |

    Plaintiffs' attorneys have filed a motion to withdraw and permit Plaintiffs to proceed in pro per.  The Court notes that, in the stipulation attached to the motion, Plaintiffs represent that they intend to retain new counsel promptly.

    An ADR phone conference was scheduled to take place on October 22, 2012, but was continued until December 11, 2012, based on Plaintiffs' attorneys' representation that they were not prepared to discuss settlement options at that time.  The Court will not allow the substitution of Plaintiffs in pro per until after they and their counsel have attempted in good faith to participate in the ADR process on the date scheduled.

    After the ADR telephone conference has been held, and if the case has not been resolved, counsel may renew the motion to withdraw.  In any renewed motion, counsel shall provide cause for

their withdrawal and clarify if Plaintiffs will be retaining new counsel or are choosing to represent themselves.

Alternatively, the Court will entertain a motion to substitute new counsel prior to the ADR telephone conference.

IT IS SO ORDERED.

Dated: 10/26/2012

CLAUDIA WILKEN
United States District Judge

Cc: ADR