IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE BANK,<br><br>    Defendant.<br>_____/ | No. C 12-3219 CW<br><br>ORDER RE: COURT CONNECTED MEDIATION AND CONTINUING CASE MANAGEMENT CONFERENCE |

    The Court at the recommendation of ADR unit refers this case to court-connected mediation.  Mediation shall occur within 60 days from the date of this order.  The case management conference previously set for Thursday, January 10, 2013, is continued to Thursday, March 7, 2013.  A case management statement is due February 28, 2013.

Dated: 12/12/2012

                                 CLAUDIA WILKEN<br>
                                 United States District Judge