Mark L. Block (SBN 115457)
mblock@wargofrench.com
Jeffrey N. Williams (SBN 274008)
jwilliams@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (310) 853-6300
Facsimile: (310) 853-6333

Attorneys for Defendants
JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of
Washington Mutual Bank from the Federal Deposit Insurance Corporation as
Receiver (*erroneously sued as* "JP Morgan Chase Bank, National Association,
successor in interest to Washington Mutual Bank, FA, a federal association"); and
California Reconveyance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ, FLORO LORENZO CRUZ, JR.<br><br>        Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, successor in interest to Washington Mutual Bank, FA, a federal association, QUALITY LOAN SERVICE CORPORATION, a California Company, CALIFORNIA RECONVEYANCE COMPANY, a California Corporation; and DOES 1-100, Inclusive<br><br>        Defendants. | Case No. CV 12-3219-CW<br><br>**~~[PROPOSED]~~ ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY DEFENDANTS JPMORGAN CHASE BANK N.A. AND CALIFORNIA RECONVEYANCE COMPANY**<br><br>Date: March 7, 2013<br>Time: 2:00 p.m.<br>Ct. Room: 2<br><br>Hon. Claudia Wilken |

//

//

//

//

//

//

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

After reading and considering the Request for Telephonic Appearance filed by counsel for Defendants JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation as Receiver (*erroneously sued as* "JP Morgan Chase Bank, National Association, successor in interest to Washington Mutual Bank, FA, a federal association") and California Reconveyance Company ("CRC") (collectively "Defendants") in this matter, requesting Court approval to appear by telephone at the Case Management Conference scheduled for March 7, 2013 at 2:00 p.m.;

IT IS HEREBY ORDERED that the Request for Telephonic Appearance is GRANTED. Counsel for Defendants may appear by telephone at the March 7, 2013 Case Management Conference.

Dated:  3/1/2013

Hon. Claudia Wilken