Bryant S. Delgadillo (SBN 208361)
bdelgadillo@wargofrench.com
Jeffrey N. Williams (SBN 274008)
jwilliams@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (310) 853-6300
Facsimile: (310) 853-6333

Attorneys for Defendant
JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank (*erroneously sued as* "JPMorgan Chase Bank, National Association, successor in interest to Washington Mutual Bank, FA, a federal association")

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ, FLORO LORENZO CRUZ, JR.<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, successor in interest to Washington Mutual Bank, FA, a federal association, QUALITY LOAN SERVICE CORPORATION, a California Company, CALIFORNIA RECONVEYANCE COMPANY, a California Corporation; and DOES 1-100, Inclusive<br><br>Defendants. | Case No. CV 12-3219-CW<br><br>**JOINT STIPULATION FOR 120-DAY STAY OF LITIGATION TO FINALIZE SETTLEMENT** |

# RECITALS

1. On June 20, 2012, plaintiffs Armie Cua Cruz and Floro Lorenzo Cruz, Jr. ("Plaintiffs") filed a Complaint in the above-captioned Court against defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank (*erroneously sued as* "JPMorgan Chase Bank, National Association, successor in interest to Washington Mutual Bank, FA, a federal association") ("Chase") and California Reconveyance Company (collectively "Defendants").

2. On August 1, 2012, Plaintiffs filed a First Amended Complaint and dropped California Reconveyance Company as a defendant.

3. On October 25, 2012, Plaintiffs filed a Second Amended Complaint, which Chase answered on January 17, 2013.

4. The parties seek to settle this matter without further litigation through a potential sale of the subject property to a third party. However, it will take time to finalize the sale documents, open escrow and close the sale transaction. Accordingly, the parties have agreed to stay this action for approximately one hundred-twenty (120) days, in order to allow time for the parties to negotiate the terms of sale and for the sale to be completed.

5. The parties agree that nothing contained herein shall be deemed a promise or guarantee that the sale transaction referred to above will close and the subject property will be sold to a third party.

# STIPULATION

The parties, by and through their undersigned counsel, jointly stipulate to a stay of this action to allow the parties to explore in good faith potential settlement options in order to avoid spending time, expense, and judicial resources in connection with the present litigation. Specifically, the parties now stipulate and request that the Court enter an order as follows:

1. This above-captioned litigation is stayed one hundred-twenty (120) days beginning upon entry of the Court's order, including responsive pleadings, discovery, law and motion, and trial.

Dated: July 16, 2013                  WARGO & FRENCH LLP

By: /s/ Bryant S. Delgadillo
      Bryant S. Delgadillo
      Jeffrey N. Williams

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

Dated: July 16, 2013                  THE MELLEN LAW FIRM

By: /s/ Jessica Galletta
      Matthew Mellen, Esq.
      Sarah Adelaars, Esq.
      Jessica Galletta, Esq.

Attorneys for Plaintiffs

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1520, Los Angeles, California 90067.

On July 17, 2013, I served the foregoing document(s) described as **JOINT STIPULATION FOR 120-DAY STAY OF LITIGATION TO FINALIZE SETTLEMENT** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☒ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on July 17, 2013 at Los Angeles, California.

_____
Elizabeth Castaneda

**SERVICE LIST**

Matthew Mellen, Esq.
Sarah Adelaars, Esq.
THE MELLEN LAW FIRM
411 Borel Ave., Ste. 230
San Mateo, CA 94402
*Attorneys for Plaintiffs*