UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 12-cv-03219-WHO<br><br>**ORDER GRANTING 120-DAY STAY OF PROCEEDINGS**<br><br>Re: Dkt. No. 63 |

On July 17, 2013, the parties stipulated that this case be stayed for 120 days to pursue settlement and requested the Court's approval. Finding good cause, the Court GRANTS a 120-day stay on all proceedings and deadlines in this case from the date of this Order. The stay shall be lifted on November 18, 2013, and if the matter is not resolved the parties shall file a Joint Case Management Conference Statement on November 19, 2013 and attend a Case Management Conference at 2 pm. on November 26, 2013 in Courtroom 2, 17th floor, 450 Golden Gate Avenue, San Francisco, CA. 94102.

**IT IS SO ORDERED.**

Dated: July 19, 2013

_____
WILLIAM H. ORRICK
United States District Judge