MARK L. BLOCK, ESQ. (SBN 115457)
mblock@wargofrench.com
BRYANT S. DELGADILLO, ESQ. (SBN 208361)
bdelgadillo@wargofrench.com
JEFFREY N. WILLIAMS, ESQ. (SBN 274008)
jwilliams@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (310) 853-6300
Facsimile: (310) 853-6333

Attorneys for Defendants
JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank (*erroneously sued as* "JP Morgan Chase Bank, National Association, successor in interest to Washington Mutual Bank, FA, a federal association") and California Reconveyance Company

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ARMIE CUA CRUZ; FLORO LORENZO CRUZ, JR.

Plaintiff,

v.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, successor in interest to Washington Mutual Bank, FA, a federal association; QUALITY LOAN SERVICE CORPORATION, a California Company; CALIFORNIA RECONVEYANCE COMPANY, a California Corporation; and DOES 1-100, Inclusive

Defendants.

Case No. CV 12-3219-WHO

**CASE MANAGEMENT CONFERENCE STATEMENT**

//

Defendants JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank (erroneously sued as "JP Morgan Chase Bank, National Association, successor in interest to Washington Mutual Bank, FA, a federal association") ("Chase") and California Reconveyance Company ("CRC") (collectively "Defendants") hereby submit this Case Management Conference Statement pursuant to the Court's July 19, 2013 Order.[1]

On July 17, 2013, the Parties submitted a joint stipulation to stay this matter for 120 days in order to pursue settlement. At that time, the Parties had agreed to a settlement in substance and Defendants anticipated that the matter would be resolved once settlement documents could be finalized. However, once the stay was approved by this Court on July 19, 2013, Defendants had a difficult time reaching counsel for Plaintiffs Armie Cua Cruz and Floro Lorenzo Cruz, Jr. ("Plaintiffs") in order to finalize and document the settlement. Defendants attempted to contact Plaintiffs' counsel repeatedly throughout the stay period, but counsel did not respond to requests for updates on the status of settlement. Just a few days ago, Plaintiffs' counsel informed Defendants that counsel was uncertain whether the settlement would be finalized and that in fact Plaintiffs' counsel was no longer in contact with Plaintiffs.

Accordingly, a settlement does not appear possible at this time, and Defendants intend to proceed with the litigation. Specifically, Defendants plan to continue discovery in this matter, including depositions of Plaintiffs, and move for summary judgment. As such, Defendants request that the Court set a trial date and corresponding deadlines, but allow Defendants sufficient time to conduct discovery and prepare a dispositive motion. Defendants propose the following dates be set by

[1] Counsel has submitted this statement to Plaintiffs' counsel for comments, but has not received a response with requested changes or additions at this time. Accordingly, Defendants hereby submit a unilateral statement in order to comply with the Court's deadlines, but remain willing to meet and confer with Plaintiffs as to same.

the Court:

**Scheduling**

Defendants propose the following dates:

- Trial: June 2, 2014
- Pre-trial conference: May 19, 2014
- Discovery cut-off: March 17, 2014
- Hearing of dispositive motions: April 14, 2014
- Designation of experts: May 5, 2014

Dated: November 19, 2013

WARGO & FRENCH LLP

By: *_/s/ Bryant S. Delgadillo_*
MARK L. BLOCK
BRYANT S. DELGADILLO
JEFFREY N. WILLIAMS

Attorneys for Defendants JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank (erroneously sued as "JP Morgan Chase Bank, National Association, successor in interest to Washington Mutual Bank, FA, a federal association") and California Reconveyance Company

## PROOF OF SERVICE

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1520, Los Angeles, California 90067.

On November 19, 2013, I served the foregoing document(s) described as **CASE MANAGEMENT CONFERENCE STATEMENT** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on November 19, 2013 at Los Angeles, California.

Nicole Lazarescu

## SERVICE LIST

Matthew Mellen, Esq.
Sarah Adelaars, Esq.
THE MELLEN LAW FIRM
411 Borel Ave., Ste. 230
San Mateo, CA 94402
*Attorneys for Plaintiffs*