Mark L. Block (SBN 115457)
mblock@wargofrench.com
Bryant S. Delgadillo (SBN 208361)
bdelgadillo@wargofrench.com
Laura K. Gladwin (SBN 281078)
lgladwin@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (310) 853-6300
Facsimile: (310) 853-6333

Attorneys for Defendants
JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation as Receiver (*erroneously sued as* "JP Morgan Chase Bank, National Association, successor in interest to Washington Mutual Bank, FA, a federal association"); and California Reconveyance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ, FLORO LORENZO CRUZ, JR.<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, successor in interest to Washington Mutual Bank, FA, a federal association, QUALITY LOAN SERVICE CORPORATION, a California Company, CALIFORNIA RECONVEYANCE COMPANY, a California Corporation; and DOES 1-100, Inclusive<br><br>Defendants. | Case No. CV 12-3219-WHO<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. William H. Orrick |

NOTICE OF APPEARANCE

**TO THE COURT AND TO ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that Laura K. Gladwin (SBN 281078) of Wargo & French LLP hereby also appears on behalf of Defendants JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation as Receiver (*erroneously sued as* "JP Morgan Chase Bank, National Association, successor in interest to Washington Mutual Bank, FA, a federal association"); and California Reconveyance Company in the above-captioned matter.

DATED: November 21, 2013  WARGO & FRENCH LLP

By: */s/* Laura K. Gladwin
MARK L. BLOCK
BRYANT S. DELGADILLO
LAURA K. GLADWIN

Attorneys for Defendants
JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation as Receiver (*erroneously sued as* "JP Morgan Chase Bank, National Association, successor in interest to Washington Mutual Bank, FA, a federal association"); and California Reconveyance Company

# PROOF OF SERVICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1520, Los Angeles, California 90067.

On November 21, 2013, I served the foregoing document(s) described as **NOTICE OF APPEARANCE o**n the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on November 21, 2013, at Los Angeles, California.

                                     /s/ Windy Thor
                                        Windy Thor

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

## SERVICE LIST

Matthew Mellen, Esq.
Sarah Adelaars, Esq.
THE MELLEN LAW FIRM
411 Borel Ave., Ste. 230
San Mateo, CA 94402
*Attorneys for Plaintiffs*

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

PROOF OF SERVICE