Matthew D. Mellen (Bar No. 233350)
THE MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-0125

Attorneys for Plaintiffs,
ARMIE CUA CRUZ a
FLORO LORENZO CRUZ, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ, an individual; FLORO LORENZO CRUZ, JR., and individual,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, a business entity; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 4:12-CV-03219-CW<br><br>**PLAINTIFFS' MOTION FOR AN ORDER PERMITTING SUBSTITUTION OF ATTORNEY**<br><br>Date: January 8, 2013<br>Time: 2:00 p.m.<br>Ctrm.: 2, 7th Floor |

Pursuant to Civil L.R. 11-5, Plaintiffs Armie Cua Cruz and Lorenzo Cruz, Jr. ("Plaintiffs") hereby moves the Court for an order permitting Armie Cua Cruz and Floro Lorenzo Cruz, Jr. to proceed in pro per.

Plaintiffs respectfully submit that said substitution of counsel is in the interest of justice and will not prejudice Plaintiffs. The Mellen Law Firm and Plaintiffs consent to such substitution. Accordingly, Plaintiffs respectfully request that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records, and that all future communications regarding this case be directed to the following:

    Armie Cua Cruz
    Floro Lorenzo Cruz, Jr.
    IN PRO PER PERSONA

One Mandalay Place, Suite 1609
South San Francisco, CA 94080
Telephone: (415) 290-9364

This motion is not made for purposes of delay or any other purpose.

WHEREFORE, Plaintiffs respectfully request this Court enter its Order permitting substitution of counsel for Plaintiffs, and update the Court's records and ECF by removing The Mellen Law Firm as counsel of record and substituting Plaintiffs in pro per persona in their place.

DATED: November 26, 2013                    Respectfully submitted,

                                            THE MELLEN LAW FIRM


                                             /s/ Matthew Mellen
                                            Matthew Mellen
                                            Attorneys for Plaintiffs
                                            ARMIE CUA CRUZ
                                            FLORO LORENZO CRUZ, JR.