**CERTIFICATE OF SERVICE**
*United States District Court – Northern District of California*
*Case Number: 4:12-CV-03219-CW*

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Mateo, California; my business address is Mellen Law Firm, 411 Borel Ave., Suite 230, San Mateo, CA 94402. On the date below, I served a copy of the foregoing document entitled:

**PLAINTIFFS' MOTION FOR AN ORDER PERMITTING SUBSTITUTION OF ATTORNEY**

**DECLARATION OF MATTHEW MELLEN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER PERMITTING SUBSTITUTION OF ATTORNEY**

**PROPOSED ORDER**

*Served Electronically Via the Court's CM/ECF System:*

**Jeffrey N Williams**
515 S Flower St, 36th Floor
Los Angeles, CA 90071
310-853-6300
310-553-5317 (fax)
jwilliams@wargofrench.com

*Served By Mail:*

Armie Cua Cruz
Floro Lorenzo Cruz, Jr.
IN PRO PER PERSONA
One Mandalay Place, Suite 1609
South San Francisco, CA 94080
Telephone:     (415) 290-9364

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in San Mateo, California on November 26, 2013.

Molly Bell_____                              */s/ Molly Bell_____*
(Type or Print Name)                              (Signature of Declarant)