1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7      ARMIE CUA CRUZ, et al.,                          Case No.  12-cv-03219-WHO

8                        Plaintiffs,

9              v.                                        **ORDER REGARDING MOTION FOR
                                                         AN ORDER PERMITTING
10     JP MORGAN CHASE BANK, NATIONAL                    SUBSTITUTION OF ATTORNEY**
       ASSOCIATION, et al.,
11                                                       Re: Dkt. No. 72
                         Defendants.
12

13          Matthew Mellen and The Mellen Law Firm ("Mellen") have moved to withdraw from

14   representation of the plaintiffs, who would then represent themselves in pro per.  Mellen says that

15   plaintiffs request an order permitting this change, but submitted no proof that the plaintiffs in fact

16   agree.

17          If the plaintiffs in fact agree that they no longer want Mellen to represent them, they should

18   so stipulate in a writing signed by Mellen and plaintiffs.  The stipulation should also recite that

19   Mellen has provided plaintiffs with the minute entry setting dates for the management of this case

20   from the recent Case Management Conference, the Court's Standing Order for Civil Cases, and all

21   client case files to plaintiffs.  If the plaintiffs oppose the withdrawal, they should file an opposition

22   on or before **December 18, 2013**.  Mellen shall serve this Order, and the minute entry from the

23   Case Management Conference, on the plaintiffs immediately and file proof of service.

24          The plaintiffs are advised to visit the link titled "If You Don't Have a Lawyer" on the

25   Court's homepage, www.cand.uscourts.gov.  The link discusses the Court's "Legal Help Center"

26
27
28

United States District Court
Northern District of California

for unrepresented parties.  The  Legal Help Center can be reached at 415-782-8982 and is located

on the 15th Floor, Room 2796, of the courthouse at 450 Golden Gate Avenue in San Francisco.

The hearing set for January 8, 2014 remains on calendar.

**IT IS SO ORDERED**.

Dated: December 2, 2013

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California