1  Matthew D. Mellen (Bar No. 233350)
   THE MELLEN LAW FIRM
2  411 Borel Avenue, Suite 230
   San Mateo, California 94402
3  Telephone:  (650) 638-0120
   Facsimile:   (650) 638-0125
4

   Attorneys for Plaintiffs,
5  ARMIE CUA CRUZ a
   FLORO LORENZO CRUZ, JR.
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ, an individual; FLORO LORENZO CRUZ, JR., and individual,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, a business entity; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 4:12-CV-03219-CW<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR AN ORDER PERMITTING SUBSTITUTION OF ATTORNEY**<br><br>Date:  January 8, 2013<br>Time:  2:00 p.m.<br>Ctrm.:  2, 7th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that counsel for Plaintiffs ARMIE CUA CRUZ and FLORO LORENZO CRUZ, JR. did not receive any opposition to their Motion to for an Order Permitting Substitution of Attorney which is set for hearing on January 8, 2014 at 2:00 p.m.

Pursuant to the Court's Order on December 2, 2013, Document number 74, any opposition by Plaintiffs to the Motion to Substitute was due to be filed by December 18, 2013.

///

///

///

///

No opposition having been made, it is presumed that counsel for Plaintiffs' arguments in support of their Motion Permitting Substitution are well taken. As such, counsel for Plaintiffs respectfully request that the Court grant the motion in its entirety.

DATED: December 30, 2013                    Respectfully submitted,

                                                    THE MELLEN LAW FIRM

                                                   /s/ Matthew Mellen
                                                  Matthew Mellen
                                                  Attorneys for Plaintiffs
                                                  ARMIE CUA CRUZ
                                                  FLORO LORENZO CRUZ, JR.