UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-03219-WHO<br><br>**ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 72 |

On November 26, 2013, a motion for David Mellen, counsel for the plaintiffs, to withdraw from this case was filed and a hearing was set for January 8, 2014. Dkt. No. 72. On December 2, 2013, the Court noted in an order that the motion contained no indication that the plaintiffs consented to the withdrawal. Dkt. No. 74. The Court ordered the plaintiffs to either stipulate to the withdrawal or file any opposition by December 18, 2013, and ordered counsel to serve the order on the plaintiffs. No stipulation or opposition was filed.

At the hearing on January 8, 2014, the plaintiffs appeared and informed the Court that they would seek other counsel but needed time to do so. The Court advised them of the Legal Help Center, a resource provided for unrepresented parties on the 15th floor, Room 2796, 450 Golden Gate Avenue, San Francisco, CA. Its phone number is (415) 782-8982.

The Court CONDITIONALLY GRANTS Mellen's withdrawal as counsel for the plaintiffs. Mellen shall return all files to the plaintiffs and continue to forward relevant documents in this case to the plaintiffs by mail until new counsel appears. The Court ORDERS that all discovery and motion practice in this case is stayed until March 18, 2014. A case management conference will be held on **March 18, 2014, at 2 p.m.**, in Courtroom 2 on the 17th floor, 450 Golden Gate Avenue, San Francisco, at which time the Court expects the plaintiffs to have new counsel so that this case may proceed. If plaintiffs do not have counsel, they should appear personally. The parties shall file a Joint Case Management Statement one week prior to the Case

Management Conference.

**IT IS SO ORDERED.**

Dated: January 8, 2014



WILLIAM H. ORRICK
United States District Judge