# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: January 8, 2014 | Time: 7 minutes<br>2:05 p.m. to 2:12 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 12-cv-03219-WHO | Case Name: Cruz v. JP Morgan Chase Bank, National Association | |

| | |
|---|---|
| **Attorney for Plaintiff:** | Matthew Mellen<br>Plaintiffs Armie Cua Cruz and Floro Lorenzo Cruz, Jr., present |
| **Attorney for Defendant:** | n/a |

**Deputy Clerk:** Jean Davis	**Court Reporter:** FTR Recording

## PROCEEDINGS

Counsel and plaintiffs heard as to motion to withdraw by plaintiffs' counsel. The Court grants counsel's motion for withdrawal conditionally. Mr. Mellen shall provide the plaintiffs with their case file, provide plaintiffs notice of any new filings or developments in the case, and facilitate the transfer of the matter to new counsel. The case is stayed as to discovery and motions practice for a period of 60 days.

A further Case Management Conference is set for March 18, 2014 at 2:00 p.m. Mr. Mellen is not required to appear at this hearing. Plaintiffs shall appear and advise the Court as to their efforts to obtain new counsel and/or their plans to pursue the matter without the aid of counsel. If they have retained new counsel, they need not appear but their counsel must.