OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

NIXIE          957      FE  1009      0003/24/14
NOT DELIVERABLE     RETURN TO SENDER
     UNABLE TO FORWARD
        AS ADDRESSED

BC: 94102348999   *0240-12708-20-38