OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

234 94085873489

SAN FRANCISCO CA 941
28 APR 2014

02 1M
0004285235
MAILED FROM ZIP CODE 94102
$ 00.48
APR 28 2014

FILED
MAY 13 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NIXIE     957     7E   1009        0005/06/14
                RETURN TO SENDER
                ATTEMPTED - NOT KNOWN
                UNABLE TO FORWARD
BC: 94102348999        *1640-18308-28-39

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARMIE CUA CRUZ et al,

        Plaintiff,

v.

JP MORGAN CHASE BANK et al,

        Defendant.

Case Number: CV12-03219 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail.

Armie Cua Cruz and
Floro Lorenzo Cruz
23 Pinnacle Street
South San Francisco, CA 94080

Dated: April 28, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk