UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, et al., <br><br> Defendants. | Case No. 12-cv-03219-WHO <br><br> **ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |

On September 9, 2014, the Court held a Case Management Conference. Plaintiffs did not appear. It is unclear whether the plaintiffs were aware of the Case Management Conference, as every notice that has been sent to the address they have given the Court has been returned as undeliverable since the Case Management Conference on March 18, 2014. It is the plaintiffs' obligation to notify the Court of their current address, and their failure to attend today's conference is not excused.

At today's conference, defendants' counsel represented that an agreement has been reached between the parties but that plaintiffs have yet to sign it. The Court does not wish to interfere with the apparent agreement but wants to insure either that the agreement is executed or that the plaintiffs litigate this case or that the action be dismissed. Since the plaintiffs failed to attend the Case Management Conference and have failed to provide their current address, the plaintiffs are **ORDERED** to show cause on or before **September 30, 2014** why this case should not be dismissed for failure to prosecute. On or before that date, plaintiffs must file a declaration explaining why the case should not be dismissed if they want the case to proceed and must notify the Clerk of their current address. Alternatively, they can reach agreement with defendants and notify the Court. Or, the plaintiffs can do nothing, and the Court will dismiss this case for failure

1 to prosecute.

2     At the conference today, defendants' counsel stated that the plaintiffs have been receiving correspondence at 1 Mandalay Place, Suite 1609, South San Francisco, CA 94080.  The Clerk is directed to mail this notice to the address in the preceding sentence as well as to the address on file with the Court.

**IT IS SO ORDERED**.

Dated: September 9, 2014



WILLIAM H. ORRICK
United States District Judge