UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIE CUA CRUZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 12-cv-03219-WHO<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 90 |

Plaintiffs responded to the Order To Show Cause issued on September 9, 2014, representing (as the defendants had indicated) that an agreement appears to be close between the parties. Plaintiffs did not state whether the agreement had been executed. A trial date remains on calendar for December 8, 2014. Accordingly, the Court will hold a Case Management Conference on November 4, 2014, at 2:00 p.m. in Courtroom 2, 17th floor, 450 Golden Gate Avenue, San Francisco, CA. 94102. The parties shall file a Joint Case Management Statement updating the Court on the status of the agreement by October 28, 2014, unless the case has been dismissed prior to that date.

**IT IS SO ORDERED**.

Dated: October 7, 2014

WILLIAM H. ORRICK
United States District Judge